# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# (MILWAUKEE)

| | |
|---|---|
| CHANCE WOLLBRINCK, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| BRIDGEMAN FOODS II, INC.; MANNA, INC.; and DOES 1 to 25, | ) ) ) |
| Defendants. | ) ) |

Case No. 2:21-cv-000724-WED

Magistrate Judge William E. Duffin

## DEFENDANT MANNA, INC.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT

In accordance with Rule 7.1 of the Local Rules of the United States District Court for the Eastern District of Wisconsin, Defendant Manna, Inc. makes the following disclosures:

**(1)** Seyfarth Shaw LLP and the undersigned counsel and represent Defendant Manna, Inc.

**(2)** Defendant Manna Inc. does not have a parent corporation. No publicly held corporation owns more than 10% of Defendant Manna, Inc.'s stock.

**(3)** No other law firm is expected to appear in this matter for Defendant Manna, Inc.

**DATED: August 6, 2021**    Respectfully Submitted,

DEFENDANT MANNA, INC.

By: */s/ Gerald L. Maatman, Jr.*
    One of Its Attorneys

Gerald L. Maatman, Jr.
gmaatman@seyfarth.com
Kristina M. Launey
klauney@seyfarth.com
Alex W. Karasik
akarasik@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: 312-460-7000

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., an attorney, do hereby certify that on this 6th day of August, 2021, I have caused a true and correct copy of the foregoing **DEFENDANT MANNA, INC.'S LOCAL RULE 7.1 DISCLOSURE STATEMENT**, to be filed through the Court's CM/ECF system. Upon transmission, service was made through the Court's ECF system on the following Counsel of Record:

> Mark A. Eldridge
> ADEMI LLP
> 3620 East Layton Ave.
> Cudahy, WI 53110
> Phone: (414) 482-8000
> Fax: (414) 482-8001
> meldridge@ademilaw.com
>
> Benjamin J. Sweet
> NYE, STIRLING, HALE & MILLER, LLP
> 1145 Bower Hill Road, Suite 104
> Pittsburgh, PA 15243
> Phone: 412-857-5350
> ben@nshmlaw.com
>
> Jonathan D. Miller
> Jordan T. Porter
> NYE, STIRLING, HALE & MILLER, LLP
> 33 West Mission, Suite 201
> Santa Barbara, CA 93101
> Phone: (805) 963-2345
> jonathan@nshmlaw.com
> jordan@nshmlaw.com
>
> *Counsel for Plaintiff and the Class*

                                               /s/ Gerald L. Maatman, Jr.