# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# (MILWAUKEE)

| | |
|---|---|
| CHANCE WOLLBRINCK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRIDGEMAN FOODS II, INC.; MANNA, INC.; and DOES 1 to 25,<br><br>Defendants. | Case No. 2:21-cv-000724-WED<br><br>Magistrate Judge William E. Duffin |

## DEFENDANTS BRIDGEMAN FOODS II, INC.' AND MANNA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

Defendants BRIDGEMAN FOODS II, INC. and MANNA, INC. ("Defendants") by their attorneys, hereby move this Court for a 30-day extension of time to file an answer or otherwise respond to the Complaint or by September 20, 2021 (the "Motion."). Plaintiff does not oppose this Motion. In support of its Motion, Defendants state as follows:

1. Plaintiff filed the Complaint on June 14, 2021. (ECF No. 1.)

2. On July 22, 2021, Plaintiff filed waivers of service that were executed by Defendants on July 21, 2021. (*See* ECF No. 8.) Accordingly, Defendants' responsive pleadings are due September 20, 2021.

3. Since executing and filing the waivers of service, the parties have participated in calls and exchanged e-mail correspondence relative to exploring the viability of a potential early resolution of the matter.

4. Defendants request and Plaintiff does not oppose a thirty (30) day extension of the current September 20, 2021 responsive pleading deadline, or until October 20, 2021, to continue these discussions.

WHEREFORE, Defendant respectfully requests that this Court enter an order granting Defendant an extension until October 20, 2021 to respond to Plaintiff's Complaint.

**DATED: September 1, 2021**                Respectfully Submitted,

DEFENDANTS BRIDGEMAN FOODS, II, INC. AND MANNA, INC.

By: */s/ Gerald L. Maatman, Jr.*
        One of Its Attorneys

Gerald L. Maatman, Jr.
gmaatman@seyfarth.com
Kristina M. Launey
klauney@seyfarth.com
Alex W. Karasik
akarasik@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606
Telephone: (312) 460-5000
Facsimile: 312-460-7000

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I, Gerald L. Maatman, Jr., an attorney, do hereby certify that on this 1st day of September, 2021, I have caused a true and correct copy of the foregoing **DEFENDANTS BRIDGEMAN FOODS II, INC. AND MANNA, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**, to be filed through the Court's CM/ECF system. Upon transmission, service was made through the Court's ECF system on the following Counsel of Record:

>Mark A. Eldridge
>ADEMI LLP
>3620 East Layton Ave.
>Cudahy, WI 53110
>Phone: (414) 482-8000
>Fax: (414) 482-8001
>meldridge@ademilaw.com
>
>Benjamin J. Sweet
>NYE, STIRLING, HALE & MILLER, LLP
>1145 Bower Hill Road, Suite 104
>Pittsburgh, PA 15243
>Phone: 412-857-5350
>ben@nshmlaw.com
>
>Jonathan D. Miller
>Jordan T. Porter
>NYE, STIRLING, HALE & MILLER, LLP
>33 West Mission, Suite 201
>Santa Barbara, CA 93101
>Phone: (805) 963-2345
>jonathan@nshmlaw.com
>jordan@nshmlaw.com
>
>*Counsel for Plaintiff and the Class*

                                                                     /s/ Gerald L. Maatman, Jr.